ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 19 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO PIERRE ASHMEADE,<br>  A/K/A STREET,<br>ANTONIO DEMARCO HARPER,<br>  A/K/A SWAV,<br>  A/K/A GRANDDAD,<br>ARTHUR LEE HEMPEN,<br>  A/K/A ART, A/K/A ARTY ART,<br>  A/K/A WHITE BOY,<br>ALEXAVIER NEGRON,<br>  A/K/A LULU,<br>MARIO BERNARD PEEK,<br>  A/K/A MUCHO,<br>CHRISTIAN TEVARIS WASH,<br>  A/K/A TIDO, A/K/A TITO,<br>  A/K/A TEDO,<br>BRODRICK DEMOND WILLIAMS,<br>  A/K/A B-WILL,<br>RODRIGUS DARTEZ WILLIAMS,<br>  A/K/A DREEK, A/K/A<br>  FREAKY,<br>CYGUIFREDO HERNANDEZ,<br>  A/K/A ZIGI,<br>COLBY WAYNE CLINTON,<br>DRESTEN TORON DANIELS,<br>  A/K/A DRE, A/K/A DRA,<br>DARONTA ARNE LEE,<br>TEREZ MONTAVIOUS PIPPINS,<br>  A/K/A BUCK,<br>PHILIP MICHAEL RICKS, AND<br>KORY KEON SOLOMON | Criminal Indictment<br><br>No.  1:23CR125<br><br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

Beginning on a date unknown, and continuing until on or about the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants,

>ANTONIO PIERRE ASHMEADE, A/K/A STREET,
>ANTONIO DEMARCO HARPER, A/K/A SWAV A/K/A GRANDDAD,
>ARTHUR LEE HEMPEN, A/K/A ART, A/K/A ARTY ART, A/K/A WHITE BOY,
>ALEXAVIER NEGRON, A/K/A LULU,
>MARIO BERNARD PEEK, A/K/A MUCHO,
>CHRISTIAN TEVARIS WASH, A/K/A TIDO, A/K/A TITO, A/K/A TEDO,
>BRODRICK DEMOND WILLIAMS, A/K/A B-WILL,
>RODRIGUS DARTEZ WILLIAMS, A/K/A DREEK, A/K/A FREAKY,
>CYGUIFREDO HERNANDEZ, A/K/A ZIGI,
>COLBY WAYNE CLINTON,
>DRESTEN TORON DANIELS, A/K/A DRE, A/K/A DRA,
>DARONTA ARNE LEE,
>TEREZ MONTAVIOUS PIPPINS, A/K/A BUCK
>PHILIP MICHAEL RICKS, AND
>KORY KEON SOLOMON,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute controlled substances, said conspiracy involving:

a. at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A) as to defendants:

2

          Antonio Pierre Ashmeade,
          Antonio Demarco Harper,
          Arthur Lee Hempen,
          Alexavier Negron,
          Mario Bernard Peek,
          Christian Tevaris Wash,
          Brodrick Demond Williams,
          Rodrigus Dartez Williams,
          Cyguifredo Hernandez,
          Colby Wayne Clinton,
          Terez Montavious Pippins, and
          Philip Michael Ricks;

b. at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A) as to defendants:
          Antonio Demarco Harper,
          Arthur Lee Hempen,
          Mario Bernard Peek,
          Christian Tevaris Wash,
          Dresten Toron Daniels, and
          Daronta Arne Lee;

c. at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B) as to defendants:
          Antonio Pierre Ashmeade,
          Alexavier Negron,
          Brodrick Demond Williams,
          Rodrigus Dartez Williams,
          Terez Montavious Pippins, and
          Kory Keon Solomon;

all in violation of Title 21, United States Code, Section 846.

## Forfeiture

Upon conviction of the offense alleged in this Indictment, the defendants,

ANTONIO PIERRE ASHMEADE, A/K/A STREET,
ANTONIO DEMARCO HARPER, A/K/A SWAV, A/K/A GRANDDAD,
ARTHUR LEE HEMPEN, A/K/A ART, A/K/A ARTY ART, A/K/A WHITE BOY,
ALEXAVIER NEGRON, A/K/A LULU,
MARIO BERNARD PEEK, A/K/A MUCHO,
CHRISTIAN TEVARIS WASH, A/K/A TIDO, A/K/A TITO, A/K/A TEDO,
BRODRICK DEMOND WILLIAMS, A/K/A B-WILL,
RODRIGUS DARTEZ WILLIAMS, A/K/A DREEK, A/K/A FREAKY,
CYGUIFREDO HERNANDEZ, A/K/A ZIGI,
COLBY WAYNE CLINTON,
DRESTEN TORON DANIELS, A/K/A DRE, A/K/A DRA,
DARONTA ARNE LEE,
TEREZ MONTAVIOUS PIPPINS, A/K/A BUCK
PHILIP MICHAEL RICKS, AND
KORY KEON SOLOMON,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in this Indictment.

If, any property described above, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;

4

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends to seek forfeiture of any other property of the defendants up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A ___*True*___ BILL

___*Michel Nompau*___
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

*Teresa M. Stolze*
TERESA M. STOLZE
Assistant United States Attorney
Georgia Bar No. 151873

*Elizabeth M. Hathaway*
ELIZABETH M. HATHAWAY
Assistant United States Attorney
Georgia Bar No. 076212

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181