# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal Indictment No. |
| v. | : | 1:23-CR-125-MHC-RGV |
| KORY KEON SOLOMON, | : | |
| Defendant | : | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now the undersigned attorney, representing the Defendant, Kory Keopn Solomon, who moves this court to allow counsel to withdraw as attorney of record. In support thereof, the Defendant shows the following:

1.

In a conversation with counsel, on February 20, 2024, Mr. Solomon made clear he wanted another attorney, not instant counsel. Mr. Solomon is unsatisfied with the decisions made, counsel given and options offered by instant counsel.

2.

Mr. Solomon does not wish counsel to continue.

WHEREFORE, undersigned counsel requests that the Court relieve him of representation of Mr. Solomon, appoint new counsel and take any other action deemed necessary.

Respectfully submitted, this the 20th day of February, 2024.

Respectfully submitted,
*Robert Alan Glickman*
Robert Alan Glickman
Georgia Bar Number 297333

**MAILING ADDRESS**
P. O. Box 250535
Atlanta, GA 30325-1535

**OFFICE ADDRESS**
3151 Maple Drive N.E.
Atlanta, GA 30305

**PHONE NUMBER**
(404) 668-5177

**EMAIL ADDRESS**
raglaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleading upon counsel for the government by electronically posting through the District Court's ECF filing system, addressed as follows:

Teresa Stolze, Esq.
Assistant United State Attorney
Teresa.Stolze@usdoj.gov

Elizabeth Hathaway, Esq.
Assistant United State Attorney
Elizabeth.Hathaway@usdoj.gov

This the 20th day of February, 2024.

*Robert Alan Glickman*
Robert Alan Glickman
Georgia Bar Number 297333

**MAILING ADDRESS**
P. O. Box 250535
Atlanta, GA 30325-1535

**OFFICE ADDRESS**
3151 Maple Drive N.E.
Atlanta, GA 30305

**PHONE NUMBER**
(404) 668-5177

**EMAIL ADDRESS**
raglaw@gmail.com